# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DONNA DEAN,

    Plaintiff,

v.                                  CASE NO. 4:08cv96-RH/WCS

FRANKLIN COUNTY
SHERIFF'S OFFICE,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO WITHDRAW

The defendant's motion to substitute counsel (document 21) is GRANTED. Attorney Nicholas A. Nunes is granted leave to withdraw, effective immediately. The appearance of attorney Robert E. Larkin is noted.

SO ORDERED on September 4, 2008.

                                                s/Robert L. Hinkle
                                               Chief United States District Judge